No. 594, Misc.   GRIMES *v.* UNITED STATES.   C. A. 5th Cir.  Certiorari denied.   Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 598, Misc.   RAMSOUR *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 611, Misc.   CAMPBELL *v.* MURPHY, WARDEN.   Appellate Divison, Supreme Court of New York, Fourth Judicial Department.   Certiorari denied.

No. 615, Misc.   HARRIS *v.* WARDEN, MARYLAND PENITENTIARY.   Court of Appeals of Maryland.   Certiorari denied.

No. 627, Misc.   JACKSON *v.* HEINZE, WARDEN.   Supreme Court of California.   Certiorari denied.

No. 629, Misc.   NEAL *v.* CALIFORNIA ET AL.   Supreme Court of California.   Certiorari denied.

No. 636, Misc.   SHERWOOD *v.* MARION COUNTY CIRCUIT COURT.   Supreme Court of Oregon.   Certiorari denied.

No. 638, Misc.   MAZZELLA *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.   *Frances Kahn* for petitioner.

No. 645, Misc.   BROWN *v.* MARYLAND.   Court of Appeals of Maryland.   Certiorari denied.